NOTE: CHANGE IN DATE

# UNITED STATES BANKRUPTCY COURT
District of Minnesota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/19/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| DAVID L PEARSON<br>23711 COUNTY HWY 75<br>HEWITT, MN 56453 | JUDEEN M PEARSON<br>23711 COUNTY HWY 75<br>HEWITT, MN 56453 |
| Case Number:<br>13−60273 − DDO | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−5288<br>xxx−xx−6730 |
| Attorney for Debtor(s) (name and address):<br>Logan M. Moore<br>Velde Moore Ltd.<br>1118 Broadway<br>Alexandria, MN 56308<br>Telephone number:  320−763−6561 | Bankruptcy Trustee (name and address):<br>Gene W. Doeling<br>121 Roberts Street<br>PO Box 423<br>Fargo, ND 58107−0423<br>Telephone number:  701−232−8757 |

### Meeting of Creditors

Date:  **June 3, 2013**                                               Time:  **11:00 AM**
Location:  **2nd Floor, 118 S Mill St, Fergus Falls, MN 56537**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/12/13**
**Certificate of Completion of Financial Management Course due: 8/12/13**
Credit Counseling and Debtor Education Information can be found at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available for a fee through Pacer (http://pacer.psc.uscourts.gov) or at the Clerk's Office, 301 United States Courthouse, 300 South 4th Street, Minneapolis, MN 55415. You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Telephone number:  (612)−664−5200<br>Web address: www.mnb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lori Vosejpka |
| Hours Open:  Monday − Friday 8:00 AM − 5:00 PM | Date:  4/23/13 |

**FORM amdb9a** (Amended Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)

**EXPLANATIONS** FORM B9A (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
District of Minnesota

In re:  
DAVID L PEARSON  
JUDEEN M PEARSON  
    Debtors

Case No. 13-60273-DDO  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0864-6      User: marsha      Page 1 of 2      Date Rcvd: Apr 23, 2013  
                    Form ID: amdb9a    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2013.
```
db/jdb      +DAVID L PEARSON,    JUDEEN M PEARSON,    23711 COUNTY HWY 75,    HEWITT, MN 56453-3022
smg         +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
60291112     BANK OF AMERICA,    PO BOX 982235,    EL PASO, TX 79998-2235
60291115    +MID MINNESOTA FCU,    PO BOX 2907,    BAXTER MN 56425-6607
60291116    +STAR BANK,    PO BOX 188,    BERTHA, MN 56437-0188
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: logan@veldemoore.com Apr 24 2013 00:17:18     Logan M. Moore,    Velde Moore Ltd.,
             1118 Broadway,    Alexandria, MN  56308
tr           EDI: BGWDOELING.COM Apr 24 2013 00:13:00      Gene W. Doeling,    121 Roberts Street,    PO Box 423,
             Fargo, ND  58107-0423
smg         +EDI: MINNDEPREV.COM Apr 24 2013 00:13:00      Minnesota Department of Revenue,
             Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
ust         +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Apr 24 2013 00:17:58     US Trustee,
             1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
60291113    +EDI: CITICORP.COM Apr 24 2013 00:13:00      CITI CARDS,    PO BOX 6500,    SIOUX FALLS SD 57117-6500
60291114     EDI: HFC.COM Apr 24 2013 00:13:00      HSBC RETAIL SERVICES,    PO BOX 5893,
             CAROL STREAM, IL 60197-5893
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 25, 2013**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0864-6          User: marsha              Page 2 of 2              Date Rcvd: Apr 23, 2013
                              Form ID: amdb9a           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2013 at the address(es) listed below:
          Gene W. Doeling    mn20@ecfcbis.com
          Logan M. Moore    on behalf of Joint Debtor JUDEEN M PEARSON logan@veldemoore.com
          Logan M. Moore    on behalf of Debtor DAVID L PEARSON logan@veldemoore.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
          TOTAL: 4